

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LARISA VORONINA,

               Plaintiff,

– against –

ARROW FINANCIAL SERVICES, LLC,

               Defendant.

Case #05-1820 (ARR)

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties represented by the undersigned attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the above-entitled action, the above-entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 15, 2005

| Law Office of Ariel Berschadsky | Arrow Financial Services, LLC |
|---|---|
| By: _Ariel Berschadsky_<br>Ariel Berschadsky, Esq. (AB-8393) | By: _Jonathan Joshua_<br>Jonathan Joshua, Esq.<br>Corporate Counsel |
| 67 Wall Street, 22nd Floor<br>New York, New York, 10005-3111<br>Tel: (212)-714-1477<br>Fax: (212)-202-4520<br>*Attorney for Plaintiff* | 5996 W. Touhy Avenue<br>Niles, IL 60714<br>Tel: (847) 410-3233<br>*Attorney for Defendant* |

So ordered,
5/18/05